Richard B. Harper
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
Telephone:  212.408.2675
Facsimile:   212.408.2501
Email:  *richard.haper@bakerbotts.com*

**ATTORNEYS FOR YA GLOBAL INVESTMENTS, L.P.,**

Jeffrey I. Golden (CA State Bar No. 133040)
Beth E. Gaschen (CA State Bar No. 245894)
**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:        (714) 966-1000
Facsimile:         (714) 966-1002
Email:  *jgolden@wgllp.com*
            *bgaschen@wgllp.com*

**Attorneys for Chapter 7 Trustee Weneta Kosmala**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COBALIS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CORNELL CAPITAL PARTNERS, LP,<br>YORKVILLE ADVISORS, LLC, and<br>YA GLOBAL INVESTMENTS, L.P.<br><br>Defendants. | **STIPULATION OF DISMISSAL**<br><br>CIVIL ACTION<br><br>Civil Action No. 2:11-cv-04716-DMC-JAD |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Weneta Kosmala, the duly appointed chapter 7 trustee (the "Trustee") for Cobalis Corporation ("Cobalis") and YA Global Investments, L.P. ("YA Global"), by and through their counsel of record, hereby stipulate to this Stipulation of Dismissal.

On August 22, 2011, the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") entered an order converting Cobalis' chapter 11 bankruptcy case to a proceeding under chapter 7, and the Trustee was subsequently appointed as the chapter 7 trustee for Cobalis. Pursuant to 11 U.S.C. § 704, the Trustee is the sole representative of Cobalis' bankruptcy estate, and has the exclusive right to pursue and settle a claims on behalf of the bankruptcy estate.

On November 3, 2011, the Bankruptcy Court entered an Order[1] approving a global settlement between the Parties, which provides that the Trustee, on behalf of Cobalis and its bankruptcy estate, dismiss with prejudice all pending litigation, including this case, wherever pending against YA Global Investments, L.P.

Accordingly, the parties hereby stipulate to the dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 23rd day of November 2011.

| | |
|---|---|
| /s/ Richard B. Harper<br>Richard B. Harper<br>**BAKER BOTTS L.L.P.**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:  212.408.2675<br>Facsimile:   212.408.2501<br>Email: *richard.harper @bakerbotts.com*<br><br>Attorneys for YA Global Investments, L.P. | Jeffrey I. Golden<br>**WEILAND, GOLDEN,**<br>**SMILEY, WANG EKVALL & STROK, LLP**<br>Jeffrey I. Golden<br>Beth E. Gaschen,<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone:   (714) 966-1000<br>Facsimile:    (714) 966-1002<br>Email: *jgolden@wgllp.com*<br>         *bgaschen@wgllp.com*<br><br>Attorneys for Chapter 7 Trustee<br>Weneta Kosmala |

---

[1] *See* docket number 958 in case number 8:07-bk-12347-TA pending before the Bankruptcy Court.