```
_____
COBALIS CORPORATION,              :    STATES DISTRICT COURT
                                  :    DISTRICT OF NEW JERSEY
        Plaintiff(s),             :
                                  :  Hon. Dennis M. Cavanaugh,U.S.D.J.
                                  :  Civil Action No. 11cv4716(DMC)(JAD)
    -vs-                          :
                                  :
CORNELL CAPITAL PARTNER, LP,      :         DISMISSAL ORDER
et al.,                           :     AS TO DEFENDANT YA GLOBAL
                                  :      INVESTMENTS, L.P. ONLY
        Defendant(s),             :
_____:
```

**IT HAVING BEEN REPORTED** to the Court that the above-captioned matter has been settled as to all claims against **Defendant YA Global Investments, L.P. ONLY.**

**IT IS on this 19th day of December, 2011**

**ORDERED THAT** this matter be and hereby is dismissed with prejudice as to all claims against **DEFENDANT YA Global Investments ONLY.** This dismissal is specific to said Defendant and does not affect any remaining claims against any other named Defendant.

                                          S/Dennis M. Cavanaugh
                                          **DENNIS M. CAVANAUGH**
                                          **United States District Judge**

```
cc:     All Parties
        Hon. Joseph A. Dickson, U.S.M.J.
        File
```